**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| SMITH & MORRIS HOLDINGS LLC, | : | |
| | : | CASE NO. 5:15-bk-03520-HWV |
| Debtor. | : | |

# ORDER

Upon consideration of the Motion to Approve Stipulation filed by the Chapter 7 Trustee, Doc. 640, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED**, and the Stipulation is **APPROVED**. It is further

**ORDERED** that:

1. Claim Number 18 filed by Robin Smith is allowed in the amount of $55,000.
2. Claim Number 19 filed by Robin Smith is allowed in the amount of $13,750.
3. Claim Number 20 filed by Gregory Smith is allowed in the amount of $11,000.
4. Claim Number 21 filed by the Estate of Thelma Smith is allowed in the amount of $27,500.
5. Claim Number 22 filed by Joseph and Bernadette Lupia is allowed in the amount of $13,750.
6. Claim Number 23 filed by Colleen Kenney is allowed in the amount of $20,000.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 26, 2026